IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARYL A. ROYSTER,
    Plaintiff,

vs.                                           Case No. 3:06cv463/RV/EMT

MIKE PATE, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 27, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii).

3. Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** to his re-filing them in state court.

4.  All pending motions are **DENIED** as moot.

**DONE AND ORDERED** this 27th day of December, 2006.


                                    /s/ _Roger Vinson_
                                  **ROGER VINSON**
                                  **SENIOR UNITED STATES DISTRICT JUDGE**